# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

**AO-10 (WP)**
Rev. 1/2004

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Murphy, Harold L. | 2. Court or Organization<br><br>Northern District of Georgia | 3. Date of Report<br><br>5-3-04 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>United States District Judge—Active | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br>___ Initial  __X__ Annual  ___ Final | 6. Reporting Period<br><br>01/01/03 to 12/31/03 |
| 7. Chambers or Office Address<br><br>P.O. Box 53<br>Rome, GA  30162 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Co-executor & Trustee of Estate Number 1. | |
| 2 Executor of Estate Number 2. | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

**SELF INITIATED AMENDMENT**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |



# TRANSMISSION OF
# FACSIMILE DOCUMENTS

RECEIVED
May 25 11 32 AM '04
FINANCIAL
DISCLOSURE OFFICE

**TO:** _John Staley_

**TITLE/DIVISION** _Financial Disclosure Office_

**FROM:** _Judge Harold L. Murphy_

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF GEORGIA

**PHONE:** _706-378-4080_    **FAX:** _706-291-3905_

**DATE:** _5-24-04_    **TIME:** _____

**PAGES TO FOLLOW:** _1_

**SPECIAL INSTRUCTIONS/REMARKS:**

SELF INITIATED AMENDMENT

Attached is an amendment to my Financial Disclosure Report for Calendar Year 2003. The Report is being amended because Block 6, Page 1 was inadvertently left blank and it is being amended to properly show the Reporting Period to be 01/01/03 to 12/31/03.

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*  Murphy, Harold L. | 2. Court or Organization  Northern District of Georgia | 3. Date of Report  5-3-04 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  United States District Judge-Active | 5. Report Type (check appropriate type)  ___ Nomination, Date _____  ___ Initial  X Annual  ___ Final | 6. Reporting Period |
|---|---|---|

| 7. Chambers or Office Address  P.O. Box 53  Rome, GA   30162 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1. Co-executor & Trustee of Estate Number 1. | |
| 2. Executor of Estate Number 2. | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1. | |
| 2. | |

RECEIVED
FINANCIAL DISCLOSURE OFFICE
May 11  11 27 AM '04

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| | | |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1. | | |
| 2. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |

1
2
3
4
5
6
7

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Hotel room for ███ self and dinner for ███ self in Atlanta, Georgia with present & past law clerks, paid for by host law clerks on May 3, 2003; and with dinner also provided to one ██████████ celebrating 25 years as United States District Judge. | | $ 400.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harold L. Murphy | 5-3-04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 First Polk Bankshares, Inc. | E | Div. | P 1 | T | | | | | |
| 2 First Haralson Holding Company | E | Div. | P 1 | T | | | | | |
| 3 Tract 1 Unimproved land in Haralson Co., Ga. | A | Rent | M | W | | | | - - | |
| 4 Tract 2 Unimproved land in Haralson County, Ga. | C | Rent | L | W | | | | | |
| 5 Tract 3 Unimproved land in Haralson County, Ga. | E | Rent | O | W | | | | | |
| 6 Tract 4 ½ interest in Farm Haralson County, Ga. | D | Rent | O | W | | | | | |
| 7 Life Insurance Metropolitan Life Ins.Co. | A | Int. | K | V | Value method is paid up value of policy | | | | |
| 8 Life Insurance Metropolitan Life Ins. Co. | A | None | K | V | Value method is paid up value of policy | | | | |
| 9 National Service Life Insurance | A | Div. | J | V | Value method is paid up value of policy | | | | |
| 10 First National Bank of Georgia, Buchanan, Ga. | B | Int. | L | T | | | | | |
| 11 Tract 5 - Tract of land in Tallapoosa, Ga. | A | None | L | W | | | | | |
| 12 First National Bank of Georgia, Buchanan, Ga. | A | Int. | J | T | | | | | |
| 13 First National Bank of Georgia, Buchanan, Ga. | B | Int. | L | T | | | | | |
| 14 Coca Cola | A | Div. | J | T | | | | | |
| 15 First Haralson Holding Company | A | Div. | J | T | | | | | |
| 16 | | | | | | | | | |
| 17 | | (Continued on next Page) | | | | | | | |

1. Income/Gain Codes: (See Col. B1, D4) A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001- $100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes: (See Col. C1, D3) J=$15,000 or less  K=$15,001-$50,000  L=$50,001- $100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: (See Col. C2) Q=Appraisal  U=Book value  R=Cost (real estate only)  V=Other  S=Assessment  W=Estimated  T=Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Harold L. Murphy | 5-3-04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | Page 2 of Part VII. | | | | | | | |
| 1 First Polk Bankshares, Inc. | B | Div. | K | T | | | | | |
| 2 Metlife Policy Holders Trust | A | Div. | J | T | | | | | |
| 3 Metlife Policy Holders Trust | A | Div. | J | T | | | | | |
| 4 Chevron Texaco Corp. | B | Div. | L | T | | | | | |
| 5 ½ Interest in Tract # 1 in Haralson Co., Ga. | B | Princ. & Int. | J | T | Security deed & note against property held by reporter | | | | Terry Brewer |
| 6 | | | | | Quitclaim deed | 6/11 | None | None | Terry Brewer |
| 7 | | | | | Released one acre from lien of security deed without requiring additional | | | | |
| 8 | | | | | payment on principal. | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | (Continued on Next Page) | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | **Page 3 of Part VII** | | | | | | |
| | | | **TRUST I** | | | | | | |
| Tract # 1 - Land Lots in Haralson County, Ga. with old residence, barn & cabin (Land is in timber & pasture) | None | N | W | | | | | | |
| Tract # 2 - Land Lot in Haralson County, Ga. (Woodlands) | None | K | W | | | | | | |
| Tract # 3 - Land Lots in Haralson Co., Ga. (Woodlands) | None | K | W | | | | | | |
| Certificates of Deposit Regions Bank, Cedartown, Ga. | B | Int. | | | Account closed on December 12, 2003 and funds transferred to Bank of Upson, Thomaston, Georgia. | | | | |
| Savings Account, Regions Bank, Cedartown, Ga. | A | Int. | J | T | | | | | |
| Certificate of Depoit First National Bank of Polk County, Georgia Cedartown, GA | B | Int. | L | T | | | | | |
| Checking Account, First National Bank of Polk County, Cedartown, GA | A | Int. | K | T | | | | | |
| Morgan Stanley Dean Witter Active Assets Money Trust | C | Int. | L | T | | | | | |
| Bank of Upson, Thomaston, Ga. Certificate of Deposit | None - | | L | T | | | | | |
| | | | | | | | | | |
| | | | (Continued on Next Page) | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | P4=More than $50,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | Page 4 of Part VII | | | | | | | |
| 1 Merrill Lynch Account, Federal Home Loan | A | Prin. & Int. | J | T | | | | | |
| 2 Mortgage Certificates | | | | | | | | | |
| 3 Merrill Lynch Corporate Income Fund | A | Princ. | J | T | | | | - .. | |
| 4 Merrill Lynch Cash Management Account | A | Int. | J | T | | | | | |
| 5 First National Bank of Georgia, Buchanan, Ga. | D | Int. | M | T | | | | | |
| 6 | | | | | | | | | |
| 7 | | TRUST II | | | | | | | |
| 8 | | | | | | | | | |
| 9 Received discharge as Trustee of Trust II on October 28, 2002. | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 I have no beneficial interest in assets in Trust I. | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harold L. Murphy | 5-3-04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

In 1995 I sold my one-half interest in a tract of unimproved land in Haralson County, Ga. which I owned jointly with Kenneth Summerville. Mr. Summerville and I took security deeds and notes against various tracts of property sold to purchasers. Page 2 of Part VII of this Financial Disclosure Report shows my interest in the lien and indebtedness against a tract of property from these transactions in which I have an interest and received income in 2003. I hold a one-half interest in the lien against the property shown and as described in the report. The other one-half interest is held by Kenneth Summerville.

While I remain executor of Estate Number 2, all assets were distributed to the heirs in 1998. The assets were cash.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date     May 3, 2004

NOTE: ANY IN██████████████ND █████LLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINA█████████ (5 U.██ pp., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544